**FILED**

APR 2 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADT SERVICES A.G., and ADT SECURITY SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SKYLINE SECURITY MANAGEMENT, INC. (aka SIMPLY ALARMS), EDWIN ARROYAVE, VICTOR MARQUEZ, ALI BATIARA and ADDISON AMMO, <br><br> Defendants. | Case No. 2:12-CV-00828-JAM-JFM <br><br> The Hon. John A. Mendez <br><br> [~~PROPOSED~~] ORDER GRANTING THE *EX PARTE* APPLICATION OF DEFENDANTS SKYLINE SECURITY MANAGEMENT AND EDWIN ARROYAVE ~~TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE,~~ FOR AN ORDER SHORTENING TIME FOR NOTICE ON SKYLINE'S MOTION TO DISMISS OR TRANSFER <br><br> Trial Date: None Set |

322014.1

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE THE HEARING
ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Having considered the *ex parte* application of defendants Skyline Security Management and Edwin Arroyave (collectively, "Skyline") to have Skyline's motion to dismiss for improper venue or transfer to the Central District of California (the "Venue Motion") heard before the motion of Plaintiffs ADT Services A.G. and ADT Security Services, Inc. (collectively, "ADT") for a preliminary injunction either by (1) continuing the May 16 hearing on ADT's Motion or (2) shortening time for notice on Skyline's Venue Motion so it could be heard before May 2; and finding good cause therefore:

IT IS HEREBY ORDERED THAT:

The hearing on the motion of ADT's motion for preliminary injunction, currently noticed for May 16, 2012 at 9:30 a.m., ~~be continued to~~ shall remain on calendar as scheduled /JAM/ ~~determination~~ before this Court. Skyline's opposition brief and ADT's reply brief will be filed on the deadlines established by Rule 230 of the Local Rules of the Eastern District of California.

~~POR in the alternative:~~ /JAM/

The hearing on Skyline's Venue Motion, currently set for May 16, 2012 at 9:30 a.m., shall be set for hearing on _May 9_ /JAM/, 2012, at _10_ /JAM/ a.m., before this Court. ADT's opposition brief will be filed and served by 5:00 p.m. on /JAM/ _April 30_, 2012. Skyline's reply brief will be filed and served by 5:00 p.m. on _May 4_ /JAM/, 2012. /JAM/

Dated: _April 23, 2012_

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

Respectfully submitted by
Browne George Ross LLP
Eric M. George
Keith J. Wesley
Attorneys for Defendants Skyline Security Management, Inc.
and Edwin Arroyave

322014.1

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION